IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED HEALTHCARE SERVICE, INC., et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 3:17-CV-0243-S |
| NEXT HEALTH, LLC, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 11, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Erik Bugen's Motion to Remove the Defendant from the Cause and Case (ECF No. 205) is DENIED.

**SO ORDERED**, this ___5th___ day of February, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE