IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXT HEALTH, LLC, et al., <br><br> Defendants. | § § § § § § § § § § § Case No. 3:17-CV-0243-S |

## **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 17, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Kirk Zajac's Motion to Set Aside Clerk's Entry of Default (ECF No. 181) is GRANTED, and the Clerk of Court is directed to set aside the entry of default against Zajac. As a result, Plaintiffs' Motion for Default Judgment Against Defendant Kirk Zajac (ECF No. 141) is DENIED as moot.

**SO ORDERED,** this 7th day of February, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE