UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY,**<br><br>**Plaintiffs,**<br><br>VS.<br><br>**NEXT HEALTH, LLC, et al.,**<br><br>**Defendants.** | Case No. 3:17-cv-00243-E-BT |

## NOTICE OF DISMISSAL
## OF DEFENDANT PIONEER LABORATORIES, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs United Health Care Services, Inc. and UnitedHealthcare Insurance Company hereby dismiss with prejudice Defendant Pioneer Laboratories, LLC from the above-captioned lawsuit.

DATED: August 3, 2020.

                                                                                                              **WEINBERG, WHEELER, HUDGINS,**
                                                                                                               **GUNN & DIAL, LLC**

                                                                                                               */s/ Adam Sinton*_____
                                                                                                                Adam J. Sinton
                                                                                                                 asinton@wwhgd.com
                                                                                                                Scott P. Kerew
                                                                                                                 skerew@wwhgd.com
                                                                                                                3344 Peachtree Road NE, Suite 2400
                                                                                                                Atlanta, GA 30326
                                                                                                                Telephone: (404) 876-2700
                                                                                                                Facsimile: (404) 875-9433

                                                                                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

                                             _/s/ Adam Sinton_
                                                 Adam Sinton