## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>　　Plaintiffs,<br><br>v.<br><br>NEXT HEALTH, LLC, et al.,<br><br>　　Defendants. | Case No. 3:17-cv-00243-X-BT |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, (collectively, "UHC") have manually filed a USB flash drive with materials supporting their motion for partial summary judgment. The documents on the USB flash drive have not been filed electronically because they are not of the appropriate format for CM/ECF and they contain PHI ("protected health information"). UHC is not permitted to file PHI publicly on record.

|  |  |
|---|---|
| Dated: September 30, 2022 | Respectfully submitted, |
|  | By: */s/Scott P. Kerew* |
|  | Andrew G. Jubinsky |
|  | Texas Bar No. 11043000 |
|  | andy.jubinsky@figdav.com |
|  |  |
|  | **FIGARI + DAVENPORT, L.L.P.** |
|  | 901 Main Street, Suite 3400 |
|  | Dallas, Texas 75202 |
|  | Telephone: (214) 939-2000 |
|  | Facsimile: (214) 939-2090 |
|  |  |
|  | Scott P. Kerew |
|  | skerew@ssmklaw.com |
|  | Adam J. Sinton |
|  | asinton@ssmklaw.com |
|  | Benjamin D. Van Horn |
|  | bvanhorn@ssmklaw.com |
|  | **SINTON, SCOTT, MINOCK & KEREW** |
|  | 1525 Raleigh St., Suite 503 |
|  | Denver, Colorado 80204 |
|  | Telephone: (720) 738-9894 |
|  |  |
|  | ATTORNEYS FOR PLAINTIFFS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system under Local Rule 5.1(d), which will automatically send notification of such filing to all counsel of record.

*/s/ Scott P Kerew*