UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY,

    Plaintiffs,

v.

NEXT HEALTH, LLC, et al.,

    Defendants.

Case No. 3:17-cv-00243-X-BT



## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, (collectively, "UHC") have manually filed a USB flash drive with materials supporting their motion for partial summary judgment. The documents on the USB flash drive have not been filed electronically because they are not of the appropriate format for CM/ECF and they contain PHI ("protected health information"). UHC is not permitted to file PHI publicly on record.

Dated: September 30, 2022             Respectfully submitted,

By: /s/ Scott P. Kerew
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Scott P. Kerew
skerew@ssmklaw.com
Adam J. Sinton
asinton@ssmklaw.com
Benjamin D. Van Horn
bvanhorn@ssmklaw.com
**SINTON, SCOTT, MINOCK & KEREW**
1525 Raleigh St., Suite 503
Denver, Colorado 80204
Telephone: (720) 738-9894

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system under Local Rule 5.1(d), which will automatically send notification of such filing to all counsel of record.

/s/ Scott P Kerew





RECEIVED SEP 30 2022 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS



**FIGARI + DAVENPORT**

901 Main Street, Suite 3400
Dallas, Texas 75202-3776

**UNITED STATES DISTRICT COURT**
**DALLAS DIVISION**
1100 Commerce Street,
Room 1452
Dallas, TX 75242