UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEXT HEALTH LLC, et al.,<br><br>*Defendants*. | § § § § § § § § § § § § § Civil Action No. 3:17-CV-0243-X-BT |

## ORDER GRANTING DEFAULT JUDGMENT

Before the Court is Plaintiffs United Healthcare Services, Inc. and UnitedHealthcare Insurance Company's (collectively, "UHC") motion for default judgment against Defendant Rob Close as to count one of UHC's second amended complaint: fraud and fraudulent nondisclosure.[1]

UHC added Close as a defendant on January 2, 2020, and Close was properly served on February 22, 2020.[2] He never answered or otherwise defended against UHC's second amended complaint. UHC requested a clerk's default against Close and obtained it on August 24, 2020.[3] UHC moved for default judgment against Close, but the Court denied the motion without prejudice due to the risk of inconsistent

---

[1] Doc. 584 at 127–140.

[2] Docs. 348; 375.

[3] Docs. 494; 495.

1

judgments regarding other similarly situated defendants.[4] On March 31, 2023, the Court granted summary judgment to UHC on its fraud claim against those similarly situated defendants, so no risk remains in granting default judgment against Close on UHC's fraud claim against him.[5] To date, Close continues to remain absent from all proceedings in this case.

The Court takes as true all facts alleged in UHC's complaint.[6] UHC's well-pled allegations, taken as true, establish Close's liability for fraud and fraudulent nondisclosure. The Court already granted summary judgment against other defaulting defendants on the same fraud claim, finding that "UHC has presented a prima facie case that it is entitled to summary judgment on its fraud claim through at least four different fraudulent acts by" those defendants.[7] Because UHC's well-pled allegations show that Close is "liable as principal for the fraud perpetrated against [UHC] by [those defendants],"[8] the Court finds that UHC's complaint demonstrates Close's liability for fraud and fraudulent nondisclosure.

For the foregoing reasons, the Court **GRANTS** default judgment against Rob Close on UHC's claim for fraud and fraudulent nondisclosure.

The Court will enter a separate order addressing damages and attorney's fees.[9]

---

[4] Docs. 678; 720 at 2.

[5] Doc. 738.

[6] *Nishimatsu Const. Co., Ltd. v. Hous. Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("The defendant, by his default, admits the plaintiff's well-pleaded allegations of fact[.]").

[7] Doc. 738 at 6.

[8] Doc. 584 at 135–36.

[9] FED. R. CIV. PROC. 37(b)(2)(C).

**IT IS SO ORDERED** this 27th day of June, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE